UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 15-10148-LTS |
| | ) | |
| FRANKIE FINKLEA | ) | |

**ASSENTED-TO MOTION FOR A RULE 11 HEARING**

Now comes the United States, through counsel, and with the assent of the defendant requests that this Court schedule a Rule 11 hearing during the afternoon of October 28, 2016, or the morning of October 31, 2016, or anytime thereafter that is convenient with the court.  The parties further request that the time from the date of the Status Conference on June 23, 2016, until the Rule 11 hearing be excluded from consideration under the Speedy Trial Act, as the delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161(h)(7)(A).

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By:    /s/ Emily Cummings
    EMILY CUMMINGS
    Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 15, 2016.

               /s/ Emily Cummings
               EMILY CUMMINGS
               Assistant U.S. Attorney