UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FRANKIE FINKLEA

DOCKET NO. 15-CR-10148-LTS

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the Defendant, Frankie Finklea, by and through counsel, and hereby moves this Court to continue his October 28, 2016 Rule 11 Hearing to a later date.

In support of this Motion, the Defendant states as follows:

1. The Defendant is scheduled to appear in this Court for a Rule 11 Hearing on October 28, 2016 at 3:00 p.m.;

2. However, the undersigned counsel is scheduled for a Trial, State v. B. Digiacomo, at 12:45 p.m. at the Derry District Court on October 28, 2016;

3. This makes it difficult for the undersigned counsel to appear for the Rule 11 Hearing on October 28, 2016 at 3:00 p.m. in this Court due to time and distance;

4. That the Government has been contacted and takes assents to this Motion to Continue.

WHEREFORE, the Defendant, Frankie Finklea, respectfully requests that this Court to grant this Motion to Continue and continue this Rule 11 Hearing to a later date.

Respectfully submitted
Frankie Finklea,
By his Attorney,

Date:   October 13, 2016              /s/ Paul J. Garrity
                                                      Paul J. Garrity
                                                      Bar No. 905
                                                      14 Londonderry Road
                                                      Londonderry, NH 03053
                                                      603-434-4106

## CERTIFICATE OF SERVICE

     I, Paul J. Garrity, herein certify that on this 13th day of October, 2016, a copy of the within Motion was e-filed for all parties involved.

                                                        /s/ Paul J. Garrity
                                                        Paul J. Garrity